(January 7, 2014)

■ In the Matter of DENNY E., a Person Alleged to be a Juvenile Delinquent, Appellant. [977 NYS2d 637]—

Defendant's motion papers were sufficient to raise a question of fact as to whether his identification was the product of an unlawful seizure (*Dunaway v New York*, 442 US 200 [1979]). Concur—Gonzalez, P.J., Tom, Saxe, Manzanet-Daniels and Gische, JJ.